DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**F.B.,** a child,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2045

[April 15, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Darren Steele, Judge; L.T. Case No. 432020CJ000084A.

Crystal J. Marsh of Marsh Law Firm, P.A., Stuart, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, KLINGENSMITH, and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***